No. 99–6615. WILLIAMS *v.* TAYLOR, WARDEN. C. A. 4th Cir. [Certiorari granted, *ante*, p. 960.] Motion for appointment of

counsel granted, and it is ordered that Barbara L. Hartung, Esq., of Richmond, Va., be appointed to serve as counsel for petitioner in this case.